IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONELL WILLIAMS,** | : | |
| Plaintiff | : | |
| | : | No. 1:21-cv-114 |
| v. | : | |
| | : | (Judge Rambo) |
| **JOHN WETZEL,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 15th day of November 2021, for the reasons set forth in the Amended Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant Mayer's motion to dismiss (Doc. No. 31) and amended motion to dismiss and/or for summary judgment (Doc. No. 37) are **GRANTED**;

2. Defendant Pepper's motion for summary judgment (Doc. No. 34) is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor of Defendants Mayer and Dr. Larry Pepper and against Plaintiff Ronell Williams; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo
United States District Judge